IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KEVIN WALSH and REGINA WALSH          :
                                      :    CIVIL ACTION NO.  02-4181
                    Plaintiffs,       :
                                      :
        v.                            :
                                      :
BAYER CORPORATION;                    :    ENTRY OF APPEARANCE
BAYER AG;                             :
GLAXOSMITHKLINE, PLC;                 :
GLAXOSMITHKLINE;                      :
SMITHKLINE BEECHAM                    :
                                      :
                    Defendants.       :

## ENTRY OF APPEARANCE

To the Clerk of the Court:

      Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Erin

Brennan and Kirstin J. Miller as attorneys for defendant SmithKline Beecham Corporation d/b/a

GlaxoSmithKline.

Respectfully Submitted,


_____          _____
Hope S. Freiwald                          Aline Fairweather


_____          _____
Erin Brennan                              Kirstin J. Miller


DECHERT PRICE & RHOADS
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA  19103-2793
(215) 994-4000